IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

YOULANDA MCKEEVER                                              PLAINTIFF

VS.                              CASE NO. 3:05CV00249 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                        DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the Commissioner's decision is reversed, and the case is remanded for proceedings consistent with the opinion..

SO ADJUDGED this 19th day of March, 2007.

_____
UNITED STATES MAGISTRATE JUDGE